IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SHEILA A. RAMEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:09-2887-CMC-TER ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

CONSENT ORDER

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and with the consent of plaintiff (see doc. #16), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner will assign this case to an administrative law judge (ALJ) to hold a supplemental hearing and issue a new decision. The ALJ will re-evaluate the opinion of Lawrence S. Weiner, M.D., in accordance with 20 C.F.R. § 404.1527 and the credibility of Plaintiff's alleged symptoms of latex allergy in accordance with 20 C.F.R. § 404.1529.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

June 17, 2010.
Florence, South Carolina.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.