AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Sheila A Ramey | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:09-2887-CMC-TER |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 USC § 405(g), and REMANDS the cause to the Commissioner for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by: The Honorable Thomas E. Rogers, III, United States Magistrate Judge, on a motion for remand.

Date: June 18, 2010

*CLERK OF COURT*
Larry W. Propes

s/ Glenda J Nance

*Signature of Clerk or Deputy Clerk*