IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Sheila A. Ramey, | ) |
|     Plaintiff, | ) |
| v. | )    C/A No. 4:09-2887-CMC |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

## ORDER

The Court, having reviewed the Stipulation to Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), dated June 30, 2010, and having reviewed the file and being fully advised, hereby orders that the Stipulation for Attorney Fees under the Equal Access to Justice Act is approved and the Defendant is ordered to pay $4,000.00 in attorney's fees in full satisfaction of any claim for fees, costs and other expenses[1].

IT IS SO ORDERED.

S/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 19, 2011

---

[1] Any EAJA award should be paid to Plaintiff, not her attorney, in light of the Supreme Court's decision that an EAJA award is payable to the litigant, not her attorney. *See Astrue v. Ratliff,* 130 S.Ct. 2521 (June 14, 2010).